USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY SARKAR,<br><br>    Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK; THE SPECIAL COMMISSIONER OF INVESTIGATION for the NEW YORK CITY SCHOOL DISTRICT; NEW YORK CITY DEPARTMENT OF EDUCATION; RICHARD A. CARRANZA, CHANCELLOR of NEW YORK CITY DEPARTMENT OF EDUCATION; RICHARD CONDON, COMMISSIONER of THE SPECIAL COMMISSIONER OF INVESTIGATION; ANTOINETTE BELLO of DOE; BARBARA HANSON of DOE; and KIM NOHAVICKA of DOE,<br><br>    Defendants. | 1:19-cv-4040-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned most gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly, it is hereby ORDERED that the Pre-motion Conference that was previously scheduled to take place on April 9, 2020 is adjourned to Thursday, May 14, 2020 at 10:30 AM and will be held by telephone. All Parties are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

**SO ORDERED.**

Date: April 2, 2020                _/s/ Mary Kay Vyskocil_
New York, NY                 **MARY KAY VYSKOCIL**
                         **United States District Judge**