```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAY SARKAR,

               Plaintiff,

-against-

CITY OF NEW YORK, et al.,

               Defendants.

1:19-cv-04040 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In his letter dated May 8, 2020, Plaintiff stated that he would "notify the Court as well as [the Defendants] upon [his] return to the United States" [ECF No. 21 at 4]. However, the Court has not received any further communication from Plaintiff since. Accordingly,

    IT IS HEREBY ORDERED that on or before October 13, 2021, counsel for Defendants must file a letter explaining whether they have received any communications from Plaintiff.

    IT IS FURTHER ORDERED that on or before October 20, 2021, Plaintiff must file a letter with the Court detailing whether he intends to proceed with this action.

    Failure to comply with the terms of this order may result in sanctions or dismissal of the action for failure to prosecute.

    The Clerk of Court respectfully is requested to mail a copy of this order to Plaintiff.

**SO ORDERED.**

**Date: October 7, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**