**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JAY SARKAR,

                          Plaintiff,

      -against-                                  19 **CIVIL** 4040 (MKV)

                                                               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION
et al.,

                        Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2024, each of Plaintiff's claims is time-barred or otherwise facially deficient, and Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 28, 2024

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                             **BY:**

                                                               **Deputy Clerk**